United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 13-19202-amc
Jeffrey B. Mele                                               Chapter 13
Kimberlee D. Mele
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 2            Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db/jdb         +Jeffrey B. Mele,    Kimberlee D. Mele,    2761 Newark Road,    West Grove, PA 19390-9476
cr             +PNC Mortgage a division of PNC Bank NA,    3232 Newmark Dr.,    Miamisburg, oh 45342-5421
13221625       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13173750       +American Education Services,    P.O. Box 2461,   Harrisburg, PA 17105-2461
13290135       +American InfoSource LP as agent for,    DIRECTV, LLC,   Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13173751       +Apothaker & Associates, P.C.,    520 Fellowship Road, C306,    Mount Laurel, NJ 08054-3410
13351303       +Bank Of America, N.A.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13173753       +Bank of America Home Loans,    P.O. Box 5170,   Simi Valley, CA 93062-5170
13293773       +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-09-01-23,    400 Naitonal Way,
                 Simi Valley, CA 93065-6414
13173754       +Bill Me Later,    P.O. Box 105658,   Atlanta, GA 30348-5658
13234987        Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13173755       +Chase,   Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
13173757      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:   Dell,    P.O. Box 6403,   Carol Stream, IL 60197)
13192497       +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13425359        ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13173759       +FIA Card Services,    P.O. Box 15026,   Wilmington, DE 19850-5026
13173760       +Hill Wallack, LLP,    202 Carnegie Center,   P.O. Box 5226,    Princeton, NJ 08543-5226
13173764       +Loft,   P.O. Box 659705,    San Antonio, TX 78265-9705
13173765       +Macy’s,   P.O. Box 183084,    Columbus, OH 43218-3084
13204871       +PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
13173769       +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
13173768       +Phelan & Hallinan, LLP,    1617 JFK Boulevard, Ste. 1400,    One Penn Center,
                 Attn: Bankruptcy Department,    Philadelphia, PA 19103-1823
13173770       +Publishers Clearing House,    P.O. Box 6344,   Harlan, IA 51593-1844
13173771       +QVC,   c/o Nationwide Credit,    P.O. Box 26314,   Lehigh Valley, PA 18002-6314
13173772        Sears,   P.O. Box 183082,    Columbus, OH 43218-3082
13173773       +Udren Law Offices, P.C.,    111 Woodcrest Road, Suite 200,    Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:42:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13173752        E-mail/Text: legal@arsnational.com Dec 21 2017 01:42:44     ARS National Services, Inc.,
                 P.O. Box 463023,   Escondido, CA 92046-3023
13173756       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 21 2017 01:39:55     Credit One Bank,
                 P.O. Box 60500,   City of Industry, CA 91716-0500
13173758        E-mail/Text: mrdiscen@discover.com Dec 21 2017 01:42:31     Discover Bank,
                 6500 New Albany Road,    New Albany, OH 43054
13189676        E-mail/Text: mrdiscen@discover.com Dec 21 2017 01:42:31     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13173761       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Dec 21 2017 01:43:38     Hunter Warfield,
                 Sun Key Apartments,    4620 Woodland Corporate Center,    Tampa, FL 33614-2415
13173762       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:31     JC Penney,   P.O. Box 960090,
                 Orlando, FL 32896-0090
13173763       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 21 2017 01:42:34     Kohl’s,   P.O. Box 2983,
                 Milwaukee, WI 53201-2983
13292102        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:39:39
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13292236        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2017 01:39:56
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13173766       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2017 01:43:33     Midland Credit Management,
                 8875 Aero Drive,   San Diego, CA 92123-2255
13235020        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:50:59
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13173767       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:47     Pay Pal Credit,   P.O. Box 960080,
                 Orlando, FL 32896-0080
13226158        E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2017 01:42:46
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 16
```

```
District/off: 0313-2           User: DonnaR                 Page 2 of 2                   Date Rcvd: Dec 20, 2017
                               Form ID: 138NEW              Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   PO Box 16408,    St. Paul, MN  55116-0408
13293943*      +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-09-01-23,    400 Naitonal Way,
                 Simi Valley, CA 93065-6414
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    Bank Of America, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Kimberlee D. Mele
               stan.luongo@luongobellwoar.com,   nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Jeffrey B. Mele stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    Bank Of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeffrey B. Mele and Kimberlee D. Mele

    Debtor(s)

Bankruptcy No: 13−19202−amc

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/20/17

52 − 49
Form 138_new