United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-19202-amc
Jeffrey B. Mele                                                         Chapter 13
Kimberlee D. Mele
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR          Page 1 of 1            Date Rcvd: Jan 26, 2018
                             Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db/jdb         +Jeffrey B. Mele,    Kimberlee D. Mele,    2761 Newark Road,    West Grove, PA 19390-9476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank Of America, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
               vbarber@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              STANLEY E. LUONGO, JR.    on behalf of Joint Debtor Kimberlee D. Mele
               stan.luongo@luongobellwoar.com,   nicole.werner@luongobellwoar.com
              STANLEY E. LUONGO, JR.    on behalf of Debtor Jeffrey B. Mele stan.luongo@luongobellwoar.com,
               nicole.werner@luongobellwoar.com
              THOMAS I. PULEO    on behalf of Creditor    Bank Of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Jeffrey B. Mele and Kimberlee D. Mele                            : Case No. 13−19202−amc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , January 26, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

55
Form 195